IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE LAMB,

    Plaintiff,

v.

WAYNE V. BENNETT, Sheriff;
Sgt. LANIER, and CLIFTON
NEWSOME, Jail Administrator,

    Defendants.

CIVIL ACTION NO.: CV208-165

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims that the sheriff's department and jail administrators conspired together to "disrupt" his access to the courts by transferring Plaintiff to Camden County are **DISMISSED**.

**SO ORDERED**, this ___ day of __April__, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE